**FILED**

JUL - 8 2019

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

James Shadid  (Individualy)

Jennifer Parkinson (official capacity)

Aaron Hodgson (official capacity supervisor)

Minier police dept.

CASE NO.  19-1231

COMPLAINT

All parties live or worked during this incident in Tazewell or Peoria COUNTY ILLINOIS.

The actions of the parties were WILLFUL and WANTON and in total disregard for the law.

INTRODUCTION

On 7/7/18 Plaintiff took his medication for arthritis and myalgia/myotisis a medication that is also a sleep aid at approx. 2pm. At approx. 310 Plaintiff was awaken by a individual screaming at the top of his lungs. Thinking it was a emergency Plaintiff exited his home. At the end of Plaintiffs driveway approx. 15 feet from front door stood a teen that Plaintiff had known only in his walking by Plaintiffs house and seeming the youth in his yard down the street. The teen was laughing. Plaintiff asked if he was retarded as it was clear his intention was to disturb my peace. He continued down the street laughing. Plaintiff had never had any contact with this teen prior to this day. I went back inside and used restroom, went to go outside again and noticed a MOB of 4 youth in front of my home. I turned on phone to record. Upon exiting a female and another male( not screaming teen) found it was the screamers right to scream and did NOT like me asking him if he was retarded. Screaming teen said nothing. The MOB of 4 left when I told the screaming teen again they were disturbing the peace to go home I would talk to his parent. They started to walk away and then it became evident WHY the teen was screaming. I had approx. 5 days earlier videotaped a 5yo beating a pitbull mix with a stick and a second pitbull was there (video is on youtube MINIER ILLINOIS WATCHDOG. I was concerned for the 5yo  as there was no adult outside to protect the child should the pitbull turn on the child and did not trust law enforcement to protect the child ( law enforcement saw the video and did NOT report the danger to DCFS or address the parents). THE NAME OF THE VIDEO WAS SCREAMING CHILD in that the 5yo got such pleasure out of beating the pitbull he woke me up by screaming in glee. It was at this point on 7/7/18 and as recorded on my security camera and phone the screaming teen said  he did not like my previous video and that is why he stood at the end of my driveway screaming. The MOB OF 4 then left and returned with a VERY ANGRY 5th youth as video recorded, he approached me on my porch in a very angry and threatening manner causing me alarm and

I retreated into my home, upon closing the door the 5th angry youth screamed "yea you better close the door" which disturbed me being disable I am limited in my ability to defend myself. From inside my home as recorded I stated" get the fuck out of here" to the 5th youth, the video shows the other 4 down the street. The 5th youth flips me the bird and called me a asshat or ass mat as recorded. He left to meet up with the MOB OF 4 at which time the female yells out as I exit my house " remove the videos or I will call someone, remove the videos, the 5th angry youth says as recorded I will call the police at which time the SCREAMING YOUTH stated as recorded" no don't I started it" . I have attached the 5th angry youths phone call to police. The police never called the parents prior to talking to the MOB of 5. The only partent involved was the SCREAMING YOUTHS parent who refused to sign a agreement to prosecute and only requested the videos of the MOB OF 5 actions including the threat to close my door removed from social media.

## COUNT 1

1, In 2015 a lawsuit against a public employee Deer Creek Mayor for a tree planted unlawfully (not approved by street dept.) on the public right of way that was injuring the public.

2. Defendants requested that James Shadid in his official capacity find that the civil rules are more important than the US Constitution and dismiss the instant Plaintiff case for failing to properly serve.

3. AT NO TIME DID DEFENDANTS DENY THE ALLEGATIONS PLAINTIFF MADE IN SAID CASE.

4. As requested by Defendants and as allowed by the rules of procedure James Shadid dismissed the complaint for failing to timely serve the parties.

5. Then James Shadid did something that was not requested by either party and was not factually Accurate and in fact was FALSE.

6. James Shadid then accused Plaintiff of criminal damage to defendants property( a tree on the public right of way between the curb and sidewalk), trespass and made numerous other false statements and in his opinion Plaitiff could NOT remove limbs that were on the sidewalk ( states attorney agreed with Plaintiff) and facts not agreed upon by the parties ( case was at pleading stage and all facts were to be construed in a light most favorable to Simmons and defendants DID NOT AGREE WITH SHADIDS FACTS OR OPINION NOR DID THEY ASK FOR IT.

7. James Shadid made clear that any law enforcement could place their hands on Plaintiff ( this did happen in the instant case)and take Plaintiffs property (this did happen in the instant case)and James Shadid (son of long time Peoria County Sheriff) would use his position as the only judge to hear Plaintiffs redress of government grievances that Shadid would use his position to stop Plaintiff from redress and further made clear his intent to take Plaintiffs limited money to prevent plaintiff from redress any and all government actions and prevent medical attention.

8. Defendants action were in conceret with the Defendants Parkinson and Hodgson to violated Plaintiffs rights, take Plaintiff property AGAIN and injure the plaintiff.

9. At no time did Shadid chastise James Edwards for taking my driving privledge nor Hackney for blocking the public sidewalk (ADA violation) .Instead he encouraged their behavior.

10. It is not James Shadid job to TREAT ONE PARTY (Edwards and Hackney) with preferential orders.

11. It is NOT James Shadids job to make false statements in court filings,

12. It is not James Shadids job to encourage Americans with disabilities act violations by blocking the sidewalk by Edwards, the village of deer creek and Hackney.

14. It is not James Shadids job to encourage Hackney to block the sidewalk with a unlawful tree.

15. It is not Shadids job to encourage public officials to take Plaintiffs property.

16. It is not Shadids job to encourage public officials to hit Plaintiff with tree branches and/or there hands.

### PRAYER FOR RELIEF

1. Find that Shadid made false statements in court meant to and did cause harm to Plaintiff.

2. Order Defendant to pay the approx. $2,000 out of pocket for $6,000 emergency room medical from 7-7-18 incident.

3. Order Defendant to pay $500 out of pocket for $1,000 ambulance from 7-7-18 incident.

4. $35 lost bail money.

5. Pepper spray seized by co defendants $7

6. Emotional,mental and physical damages in the amount of 3 times the actual damages of $7,000 total of $21,000

7. Or as the court deems reasonable to make Plaintiff whole and prevent further violations.

### COUNT 2

Claims of unlawful seizure of person and property 4th amendment as well as excessive force and battery common law tort for unwanton touching.

1. On 7-7-18 Plaintiff was sitting on his porch when Minier officer Jennifer Parkinson arrived.

2. Plaintiff was recording on his phone.

3. Plaintiff stated as Parkinson exited her vehicle " I am not going to talk to you so you might as well take a fucking hike".

4. Parkinson continues onto Plaintiffs curtilage without a warrant for either search or seizure,

5. Plaintiff states " you heard me take the fuck off, I am not talking to you" as recorded on video.

6. At this point Plaintiff had involked his right to remain silent.

7. Parkinson waved with her hand as if she wanted Plaintiff to exit his curtilage.

8. Plaintiff states "no I am not coming to you I have nothing to say to you".

9. Parkinson states after entering Simmons curtilage "ken come with me now or I can go get a warrant".

10. Plaintiff states " oh am I under arrest, fuck yea, great,

11. Parkinson now well onto Plaintiffs curtilage states" yes PUT YOUR HANDS BEHIND YOUR BACK".

12. Plaintiff states "let me secure my phone" that had been recording.

13. Plaintiff locks the phone tosses on chair and puts hands behind back.

14. Plaintiff states" I am disable I need my mobility devise" and I need my hands in front to use it, Plaintiff has used a mobility device since 2003. Plaintiffs mobility devise is prescribed and paid for by insurance.

15. Parkinson looks around and says "what devise".

16. I stated "my cane was inside the door within 2 feet of where I sat."

17. She stated "the jail would not let me have it".

18. She then placed handcuffs on me behind my back.

19. I told her "she was hurting my wrist that I had repaired."

20. At this time Aaron Hodgson arrived.

21 He ordered her to remove the cuffs from wrist and they would put a transport belt on Plaintriff and only secure right wrist.

22. Plaintiff today still has a clear scar.

23. When Hodgson went to retrieve belt Parkinson made 2 statements.

24. She told me I was being arrested for disorderly conduct for asking a teenager if he was retarded.

25. And she indicated she did not like a video I posted on youtube calling her a lazy assed cop.

26. She told me if I removed the video her and the videos of the kids I woul;d NOT be arrested'

27. Plaintiff told her "fuck off bitch".

28. She became immediately angry and twisted my injured wrist pulling down till all I could do was fall to my knees eventually to my face.

29. Plaintiff spent over 4 hours in emergency room.

30. This caused complex tears in both knees and a bakers cyst in the left knee.

31. Plaintiff was taken to the emergency room where Parkinson stated that if Plaintiff removed the videos Plaintiff wife could pick him up at hospital with a notice to appear.

32. Plaintiff called Parkinson retarded and I would sue her and the police dpt..

33. Parkinson then stated" the chief of Minier police dept told her she could put her hands on me anytime because a judge( SHADID BUT NOT MENTIONED BY NAME) had made clear I would be the one to pay",then she laughed and charged me with a second count.

34. At this point Hodgson arrived at emergency room and Parkinson read Plaintiff his rights and tried to question Plaintiff again at which time Plaintiff again called her retarded. At which time she left.

35. Hodgson never enetered my private er unless summoned.

36. Parkinson never left my er even refusing to leave when I was undressed by nurse.

39. Plaintiff never threatened anyone on 7/7/18.

PRAYER FOR RELIEF

1. Find that Shadid made false statements in court meant to and did cause harm to Plaintiff.

2. Order Defendant to pay the approx. $2,000 out of pocket for $6,000 emergency room medical from 7-7-18 incident.

3. Order Defendant to pay $500 out of pocket for $1,000 ambulance from 7-7-18 incident.

4. $35 lost bail money.

5. Pepper spray seized by co defendants $7

6. Find that defendants violated Plaintiffs us constitutional rights and assualted Plaintiff with unwanton touching.

7. Emotional,mental and physical damages in the amount of 3 times the actual damages of $7,000 total of $21,000.

8. Or as the court deems reasonable to make Plaintiff whole and prevent further violations

COUNT 3

A claim is made of unlawful seizure of person and property excessive force and common law tort for battery

is made herein.

1. Defendant knew that Parkinsons actions of arresting me was contrary to us constitution as well as Illinois disorderly conduct statute and contrary to case law and failed to stop her.

### PRAYER FOR RELIEF

1. Find that Shadid made false statements in court meant to and did cause harm to Plaintiff.

2. Order Defendant to pay the approx. $2,000 out of pocket for $6,000 emergency room medical from 7-7-18 incident.

3. Order Defendant to pay $500 out of pocket for $1,000 ambulance from 7-7-18 incident.

4. $35 lost bail money.

5. Pepper spray seized by co defendants $7

6. Find that defendants violated Plaintiffs us constitutional rights and assualted Plaintiff with unwanton touching.

7. Emotional,mental and physical damages in the amount of 3 times the actual damages of $7,000 total of $21,000.

8. Or as the court deems reasonable to make Plaintiff whole and prevent further violations.

### COUNT 4

A claim of violation of americans with disabilities is made within.

1. Plaintiff was determined by the EEOC in 2001 that Plaintiff was qualified per the ADA, see Simmons v UPS this court.

2. Plaintiff is qualified per the ADA today.

3. Plantiff is issued a state placard for handicap parking.

4. The Defendant Minier Illinois police dept.failed to have per the us dept of justice mandate in 1993 to review its ADA practices,policies procedures for complying with the ADA.

5. The village police dept has no practices procedures or policies to safely arrest disable americans with disabilities.

6. Plaintiff has used a mobility devise and has a history of walking with it.

7. Plaintiff walks with a VERY distinguishable GAIT.

8. Law enforcement as part of dui training are trained to notice a gait.

9. Plaintiff was denied his cane that would have help to protect him during the fall to his knees.

10. Plaintiff was injured due to the lack of ADA compliant practices policies and prosedures.

### RELIEF REQUESTED

1. Find defendant violated the ADA.

2. ORDER defendants to pay Plaintiff $75,000 first time civil penalty as established by dept of justce.

3. MAKE PLAINTIFF WHOLE.

I SWEAR THAT THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOELEDGE AND INFORMATION AVAILABLE AT THE TIME OF FILING.

Ken Simmons

Po box 865 minier il. 61759

Kenlisa1@yahoo.com