UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KENNETH SIMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JENNIFER PARKINSON and ) <br> VILLAGE OF MINIER, ) <br> ) <br> Defendants. ) | Case No. 1:19-CV-01231 <br><br> JURY TRIAL DEMAND |

## RESPONSE TO MOTION TO CONSIDER FILED ON MARCH 16, 2022

Defendant JENNIFER PARKINSON ("Parkinson") and Defendant VILLAGE OF MINIER ("Minier"), by and through their attorneys, Kingery Durree Wakeman & O'Donnell, Assoc., submit this Response to Plaintiff's Motion to Consider [#75] that was filed by Plaintiff on March 16, 2022.

1. On March 16, 2022, Plaintiff filed his most recent Motion to Consider. [#75]

2. On March 17, 2022, Defendants filed their Motion to Strike Plaintiff's Motion to Consider filed on March 16, 2022 and to Bar Plaintiff from Future Such Motion Practice. [#76] ("Motion to Strike")

3. Defendants incorporate their Motion to Strike [#76] in its entirety as and for their Response to Plaintiff's Motion to Consider. [#75]

4. Plaintiff's Motion to Consider seeks no relief. Should the Court chose not to grant Defendants' Motion to Strike [#76], Defendants request the Motion to Consider [#75] be denied for the same reasons provided in the Motion to Strike.

WHEREFORE, for the reasons stated above, Defendant, JENNIFER PARKINSON and Defendant VILLAGE OF MINIER, each pray that Plaintiff's "Motion to Consider" [#75] be stricken, or in the alternative, denied.

        JENNIFER PARKINSON and
        VILLAGE OF MINIER, Defendants,

        By:    /s/Philip M. O'Donnell
            Philip M. O'Donnell
        Philip M. O'Donnell (ARDC #6225759)
        KINGERY DURREE WAKEMAN
         & O'DONNELL, ASSOC.
        416 Main Street, Suite 1600
        Peoria, IL  61602-1166
        Phone: (309) 676-3612
        Fax: (309) 676-1329
        Email:  pmodonnell@kdwolaw.com
        ECF Email:  philodonnell@sbcglobal.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 30, 2022, I electronically filed the foregoing document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ken Simmons
P.O. Box 865
Minier, IL  61759

    /s/Philip M. O'Donnell
    Philip M. O'Donnell
Philip M. O'Donnell (ARDC #6225759)
KINGERY DURREE WAKEMAN
 & O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL  61602-1166
Phone: (309) 676-3612
Fax: (309) 676-1329
Email:  pmodonnell@kdwolaw.com
ECF Email:  philodonnell@sbcglobal.net